

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00048-CR

TERRANCE WAYNE PARNELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 12,104, Honorable Dan Mike Bird, Presiding

December 7, 2018

## PERMANENT ABATEMENT

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Terrance Wayne Parnell was convicted by jury of the offense of aggravated robbery[1] and sentenced to a term of imprisonment. Appellant perfected an appeal, but a mandate has not yet been issued by the court.

The State has filed a document indicating appellant died on February 1, 2018. The death of the appellant during the pendency of his criminal appeal deprives this court of

---

[1] TEX. PENAL CODE ANN. § 29.03 (West 2018).

jurisdiction. *Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000) (citing *Ryan v. State,* 891 S.W.2d 275 (Tex. Crim. App. 1994); TEX. R. APP. P. 7.1(a)(2)). The proper action is abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.


James T. Campbell
Justice


Do not publish.